The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Marc Shannon, et al.,<br><br>        Plaintiff (s),<br><br>   v.<br><br>United Airlines Inc., et al.,<br><br>        Defendant (s). | NO.  C09-1430 RAJ<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the Honorable Richard A. Jones, United States District Judge;

This action is hereby transferred to the Honorable Robert S. Lasnik as related to case number C09-1429RSL.

All pleadings filed in the future shall bear case number C09-1430RSL.

IT IS SO ORDERED.

DATED this 1st day of December, 2009.

_____
The Honorable Richard A. Jones
United States District Judge

MINUTE ORDER